**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Pedro Ivan AGUILAR–QUINONES,
a.k.a. Pedro Ivan Aguilar–Quinines, Defendant—Appellant.**

No. 10–50398.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 3, 2011.

Christopher Seth Askins, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Sanjay Bhandari, Law Offices of Sanjay Bhandari, San Diego, CA, for Defendant–Appellant.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Pedro Ivan Aguilar–Quinones appeals his conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court did not abuse its discretion by denying Aguilar–Quinones's motion for appointment of new counsel. Contrary to Aguilar–Quinones's contentions, the district court made an adequate inquiry into his complaint and the record does not reflect that the conflict between Aguilar–Quinones and his counsel lead to a complete breakdown in communication or prevented Aguilar–Quinones from presenting an adequate defense. *See United States v. Franklin,* 321 F.3d 1231, 1239 (9th Cir.2003); *United States v. McClendon,* 782 F.2d 785, 789 (9th Cir.1986).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.